■ In the Matter of the COMMISSIONER OF SOCIAL SERVICES OF THE COUNTY OF ERIE on Behalf of CHERYL CUMMINGS,

Respondent, v WILLIAM E. RUH, Appellant. (Appeal No. 1.)—Appeal unanimously dismissed without costs *(see, Matter of Jane PP. v Paul QQ.,* 64 NY2d 15, *appeal after remand* 108 AD2d 1050, *revd* 65 NY2d 994). (Appeal from order of Family Court, Erie County, Patti, H.O.—child support.) Present—Callahan, J. P., Denman, Pine, Balio and Davis, JJ.